# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOEL BECK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NATIONSTAR MORTGAGE, *et al.*,<br><br>　　　　　Defendants. | 3:15-cv-0166-MMD-VPC<br><br>**MINUTES OF THE COURT**<br><br>August 3, 2015 |

PRESENT:　　THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:　　　LISA MANN　　　REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　　Defendants' motion to strike plaintiff's motion to compel (#26) is **GRANTED**. Discovery has been stayed until the District Court rules on the motion to dismiss (#19). Therefore, plaintiff's motion to compel (#25) is hereby **STRICKEN**.

　　　Plaintiff's emergency motion for a telephone conference is (#28) **DENIED**. The motion to dismiss is fully briefed, no further documents should be filed until the court's decision on the motion.

　　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　By:　　　　　/s/　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk